# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

BRIAN JAMES HICKS,
ADC #138964                                                                                    PLAINTIFF

v.                         CASE NO. 1:11-cv-00047 BSM/JTR

ARKANSAS DEPARTMENT OF CORRECTION                          DEFENDANT

## JUDGMENT

Pursuant to the order entered this date, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of August 2011.


_____
UNITED STATES DISTRICT JUDGE